IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gordon, Gail

Printed: 8/26/08

Case Number: 04 B 19498
Judge: Goldgar, A. Benjamin
Filed: 5/19/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 10, 2007
Confirmed: July 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 6,307.00 |  |
| Secured: |  | 3,852.61 |
| Unsecured: |  | 410.41 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 327.48 |
| Other Funds: |  | 16.50 |
| Totals: | 6,307.00 | 6,307.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 532.22 | 532.22 |
| 4. | Triad Financial Services | Secured | 9,188.39 | 2,947.13 |
| 5. | Muebleria Furniture | Secured | 373.26 | 373.26 |
| 6. | First Consumers National Bank | Unsecured | 225.78 | 50.27 |
| 7. | Emerge Mastercard | Unsecured | 305.49 | 68.01 |
| 8. | Capital One | Unsecured | 77.71 | 17.30 |
| 9. | Muebleria Furniture | Unsecured | 508.76 | 113.26 |
| 10. | Capital One | Unsecured | 100.04 | 22.27 |
| 11. | Jefferson Capital | Unsecured | 118.86 | 26.46 |
| 12. | Triad Financial Services | Unsecured | 506.88 | 112.84 |
| 13. | Monterey Financial Services | Unsecured | 7.44 | 0.00 |
| 14. | Monterey Financial Services | Unsecured | 62.88 | 0.00 |
| 15. | Emerge | Secured |  | No Claim Filed |
| 16. | Academy Collection Service | Unsecured |  | No Claim Filed |
| 17. | Fashion Bug | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,707.71 | $ 5,963.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 44.15 |
| 6.5% | 111.48 |
| 3% | 10.72 |
| 5.5% | 141.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Gordon, Gail

Printed:  8/26/08

Case Number:  04 B 19498

Judge:  Goldgar, A. Benjamin

Filed:  5/19/04

```
            5%              19.55
                        _____
                        $ 327.48
```

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

